UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | |
|---|---|
| PAMELA SCARLATELLI<br><br>v.<br><br>SWAROVSKI NORTH AMERICA LIMITED; SWAROVSKI OPTIK NORTH AMERICA LIMITED; SWAROVSKI OPTIK ABSAM; DAVID HIMSEY, INDIVIDUALLY AND IN HIS CAPACITY AS VICE PRESIDENT OF HUMAN RESOURCES FOR BOTH SWAROVSKI OPTIK NORTH AMERICA AND SWAROVSKI NORTH AMERICA LIMITED; WERNER TRATTNER, INDIVIDUALLY AND AS MANAGING DIRECTOR OF INTERNATIONAL SALES AND MARKETING FOR SWAROVSKI OPTIK ABSAM, AUSTRIA, AND AS SUPERVISOR/MANAGER OF M. JAMES "JIM" MOREY; and M. JAMES MOREY INDIVIDUALLY AND IN HIS CAPACITY AS PRESIDENT OF SWAROVSKI OPTIK NORTH AMERICA LIMITED | **NOTICE OF REMOVAL**<br><br>REMOVAL FROM:<br><br>SUPERIOR COURT OF THE STATE OF RHODE ISLAND, PROVIDENCE COUNTY<br><br>C.A. No. ______________<br><br>CA 06 84 |

Defendants, Swarovski North America Limited ("Swarovski N.A."), Swarovski Optik North America Limited ("SONA"); David Himsey ("Himsey"), Werner Trattner ("Trattner") and M. James "Jim" Morey ("Morey") (collectively, the "Defendants"), by and through their undersigned counsel, hereby file their Notice of Removal of this action from the Superior Court of the State of Rhode Island, County of Providence, to the United States District Court for the District of Rhode Island.

The Defendants appear for the purpose of removal only and for no other purpose, reserve all defense and rights available to them, and state as follows:

1. On February 10, 2006, Plaintiff served the Complaint upon Trattner in connection with the action commenced in the Superior Court of the State of Rhode Island, County of

Providence, Docket No. 06-0788 (the "Action"). On February 21, 2006, counsel for Swarovski N.A., SONA, Himsey and Morey contacted counsel for the Plaintiff and advised him that she would accept service of process on their behalf in connection with the Action. Upon information and belief, Defendant Swarovski Optik Absam has not yet been served with process.

2. The Defendants have not served responsive pleadings to the Complaint and no orders have been issued in the Action.

3. In accordance with the requirements of 28 U.S.C. § 1446(b), this Notice of removal is filed within 30 days after the Defendants' receipt of the Complaint.

4. The Action is a civil action over which this Court has original jurisdiction pursuant to 28 U.S.C. § 1331 and is one which may be removed to this Court pursuant to the provisions of 28 U.S.C. § 1441, in that the Complaint is founded on a claim or right arising under the laws of the United States.

5. Pursuant to 28 U.S.C. § 1446(d), Defendants promptly will file a copy of this Notice of Removal with the Clerk of the Superior Court of the State of Rhode Island, County of Providence, and will serve a copy of the same on counsel for Plaintiff.

6. Pursuant to Local Rule 81(a), attached as **Exhibit A** is a certified copy of the Complaint.

7. Pursuant to Local Rule 81(b), attached as **Exhibit B** is every document in the state court record including a certified copy of the docket sheet filed in the Action.

WHEREFORE, the Defendants remove the Action now pending in the Superior Court of the State of Rhode Island, County of Providence, Docket No. 06-0788, to the United States District Court for the District of Rhode Island.

Dated: February 21, 2006

JOHN A. TARANTINO, #2586
PATRICIA K. ROCHA (#2793)
MICHAEL D. CHITTICK (#5967)
ADLER POLLOCK & SHEEHAN P.C.
One Citizens Plaza, 8th Floor
Providence, RI 02903
Tel: 401-274-7200
Fax: 401-351-4607

**CERTIFICATE OF SERVICE**

I hereby certify that on the 21st day of February, 2006, I served a true copy of the within via first class mail, postage prepaid, on Alan P. Gelfuso, Esq. and Stephen Izzi, Esq., Gelfuso & Lachut, Inc., 1193 Reservoir Avenue, Cranston, RI 02920.

*372570_1.doc*