STATE OF RHODE ISLAND AND PROVIDENCE PLANTATIONS
SUPERIOR COURT
CIVIL DOCKET SHEET

CA 06 84

Case ID: PC-2006-0788 PAMELA SCARLATELLI V SWAROVSKI NORTH AMERICA L

Filing Date: 02-08-2006
Case Status: UNASSIGNED

Case Type: CIVIL RIGHTS/JOB DISCRIMIN
Status Date: 02-08-2006

Plaintiff: PAMELA SCARLATELLI
ID: @10820580

Attorney: ERICKA HUGHES
Attorney: STEPHEN IZZI

Defendant: SWARVOSKI NORTH AMERICA LIMITED
ID: @10820581
Defendant: SWAROVSKI OPTIK NORTH AMERICA LIMITE
ID: @10820582
Defendant: SWAROVSKI OPTIK ABSAM
ID: @10820583
Defendant: DAVID HIMSEY VICE PRESIDENT OF HUMAN
ID: @10820584
Defendant: WERNER WERNER MANAGING DIRECTOR C
ID: @10820585

Scheduled Events

| Date | Event | Location | Judge |
|---|---|---|---|

Prior Events

| Date | Event | Location | Judge |
|---|---|---|---|

Case Jacket

| Checked Out | Returned | Person | Comments/Text |
|---|---|---|---|

Docket Entry Information

| Date | Description | Text |
|---|---|---|
| 02-08-2006 | COMPLAINT FILED | |
| 02-08-2006 | INITIAL FILING FEE | |
| 02-08-2006 | Payment Applied | A Payment of -$160.00 was made on receipt SCP220404. |

rue Copy Attest
[signature]
Office of Clerk of Superior Court
Counties of Providence & Bristol
Providence, Rhode Island