**UNITED STATES DISTRICT COURT FOR THE**
**DISTRICT OF RHODE ISLAND**

| | | |
|---|---|---|
| PAMELA SCARLATELLI | : | |
| | : | |
| v. | : | C.A. No. 06-84-T |
| | : | |
| SWAROVSKI NORTH AMERICA LIMITED; SWAROVSKI OPTIK NORTH AMERICA LIMITED; SWAROVSKI OPTIK ABSAM; HIS CAPACITY AS VICE PRESIDENT OF HUMAN RESOURCES FOR BOTH SWAROVSKI OPTIK NORTH AMERICA AND SWAROVSKI NORTH AMERICA LIMITED; WERNER TRATTNER, INDIVIDUALLY AND AS MANAGING DIRECTOR OF INTERNATIONAL SALES AND MARKETING FOR SWAROVSKI OPTIK ABSAM, AUSTRIA AND AS SUPERVISOR/MANAGER OF M. JAMES "JIM" MOREY; and M. JAMES MOREY INDIVIDUALLY AND IN HIS CAPACITY AS PRESIDENT OF SWAROVSKI OPTIK NORTH AMERICA LIMITED | : | |

**AFFIDAVIT OF WERNER TRATTNER**

Werner Trattner, being duly sworn, deposes and says:

1. I have been employed by Swarovski Optik KG ("Swarovski Optik Austria") in Austria as its managing director of sales since 1989. I submit this Affidavit in support of my Motion to Dismiss the Complaint for Lack of Personal Jurisdiction.

2. My business address at my place of employment is Swarovski Optik, D.-Swarovski-Straße 70, A-6067 Absam / Austria.

3. From January 1, 1991 to mid-June 2005, I was a member of the board of directors of Swarovski Optik North America Limited (hereinafter "SONA"), which has a principal place

of business in Cranston, Rhode Island. Swarovski Optik Austria and SONA are related entities within the overall corporate structure.

4. I am a resident of Austria and maintain my sole domicile at A-6060 Gnadenwald, 116 B / Austria.

5. During the time period of 2000-2005, the period referenced in Plaintiff's Complaint, I visited the State of Rhode Island zero to four times per year, for a period of between two and seven days per visit, as managing director of sales for Swarovski Optik Austria. On each of these trips to Rhode Island, I visited SONA's offices in Cranston, Rhode Island to review SONA's business operations. In 2000, I visited Rhode Island four times: January 19-20, a second time between April 9-14, a third time from July 4-8, and a fourth time from October 12-13. In 2001, I visited Rhode Island three times: January 15-17, April 30-May 5, and July 16-22. In 2002, I visited Rhode Island on the following four occasions: February 13-15, May 13-17, July 14-16, and October 23-25. In 2003, I visited Rhode Island three times: April 6-7, July 22-26, and October 21-23. In 2004, I did not visit Rhode Island at all. In 2005, I visited Rhode Island three times: once from March 10-12, a second time from June 4-10, and a third time from July 17-19. I have not been to Rhode Island since July 2005.

6. Each of my brief visits to the State of Rhode Island from 2000 to 2005 was related to reviewing the operations of SONA. On each occasion, I stayed in a hotel while in Rhode Island.

7. I have never advertised my services in Rhode Island or maintained any agents in Rhode Island for any purpose whatsoever.

8. I do not own any real or personal property in the State of Rhode Island and have never done so.

9. I have never had any account with any financial institution located in the State of Rhode Island.

10. I have never had or maintained a mailing address within the State of Rhode Island for any purpose nor have I ever had a Rhode Island telephone number.

11. I have never kept or maintained any personal records of any kind in the State of Rhode Island.

12. I received a copy of the Complaint from a process server on February 10, 2006, when I was in Las Vegas, Nevada for a business convention. I have read the Complaint. In the Complaint, which contains 88 numbered paragraphs and spans 27 pages, I am only mentioned in paragraphs 14, 16, and 32. None of these paragraphs make any allegations that I did or failed to do something in the State of Rhode Island.

WERNER TRATTNER 29.10.52

Subscribed to and sworn before me this 17th day of march, 2006.

BRZl. 218/2006

Dr. Wolfgang Falkner, öffentl. Notar * Hall in Tirol *

NOTARY PUBLIC
My Commission Expires: /

*373704_2.doc*