UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF RHODE ISLAND

| | |
|---|---|
| PAMELA SCARLATELLI,<br>Plaintiff<br>v.<br><br>SWAROVSKI NORTH AMERICA LIMITED; SWAROVSKI OPTIK NORTH AMERICA LIMITED; SWAROVSKI OPTIK ABSAM; DAVID HIMSEY, INDIVIDUALLY AND IN HIS CAPACITY AS VICE PRESIDENT OF HUMAN RESOURCES FOR BOTH SWAROVSKI OPTIK NORTH AMERICA AND SWAROVSKI NORTH AMERICA LIMITED; WERNER TRATTNER, INDIVIDUALLY AND AS MANAGING DIRECTOR OF INTERNATIONAL SALES AND MARKETING FOR SWAROVSKI OPTIK ABSAM,AUSTRIA, AND AS SUPERVISOR/MANAGER OF M. JAMES "JIM" MOREY; AND M. JAMES MOREY, INDIVIDUALLY AND IN HIS CAPACITY AS PRESIDENT OF SWARVOSKI OPTIK NORTH AMERICA LIMITED. | C.A. NO. 06-84 T<br>(Superior Court Docket No. CA 06-0788) |

**ENTRY OF APPEARANCE**

NOW COMES the undersigned, Attorney Joseph R. Daigle, Bar Number 5429, and subject to the approval of this Honorable Court, enters his appearance on behalf of the Plaintiff, Pamela Scarlatelli.

Joseph R. Daigle
Joseph R. Daigle (#5429)
GELFUSO & LACHUT
1193 Reservoir Avenue
Cranston, RI 02920
(401) 942-4300

N:\Clients\Scarlatelli\Entry of Appearance.Daigle.Fed
21/032106/1

**CERTIFICATION**

I hereby certify that I mailed a true copy of the within Entry of Appearance to the following on this 22ND day of March 2006:

Michael Chittick, Esq.
and Patricia Rocha, Esq.
Adler, Pollock & Sheehan
One Citizens Plaza, 8th Floor
Providence, RI 02903-1345

Lynn A. Kiray

N:\Clients\Scarlatelli\Entry of Appearance.Daigle.Fed
21/032106/1