# State of Rhode Island and Providence Plantations
## SUPERIOR COURT

[X] PROVIDENCE/BRISTOL [ ] KENT [ ] WASHINGTON [ ] NEWPORT

CIVIL ACTION, FILE No. 06-0788

PAMELA J. SCARLATELLI
Plaintiff

WERNER TRATTNER
Defendant

***Summons***

*To the above-named Defendant:*

The above-named Plaintiff has brought an action against you in said Superior Court in the county indicated above. You are hereby summoned and required to serve upon Stephen Izzi Plaintiff's attorney, whose address is Gelfuso & Lachut, Inc., 1193 Reservoir Avenue Cranston, RI 02920, an answer to the complaint which is herewith served upon you within 20 days after service of this summons upon you,exclusive of the day of service.

If you fail to do so, judgement by default will be taken against you for the relief demanded in the complaint. Your answer must also be filed with the court.

As provided in Rule 13(a) unless the relief demanded in the complaint is for damage arising out of your ownership, maintenance, operation or control of a motor vehicle, or unless otherwise provided in Rule 13(a), your answer must state as a counterclaim any related claim which you may have against the Plaintiff, or you will thereafter be barred from making such claim in any other action.

[signature], CLERK

Dated: 2/9/06

**(Seal of the Superior Court)**

# AFFIDAVIT OF SERVICE

CASE NO. **06-0788**

**SUPERIOR COURT** **PROVIDENCE/BRISTOL** STATE OF **RHODE ISLAND**

***Pamela J. Scarlatelli*** *Plaintiff(s)/Petitioner(s)*

*vs*

***Werner Trattner*** *Defendant(s)/Respondent(s)*

County of **Clark**, State of **Nevada**

**Alberto Fernandez**, being duly sworn deposes and says: That at all times herein affiant was and is a citizen of the United States, over 18 years of age, licensed to serve civil process in the State of Nevada under license #604, and not a party to or interested in the proceeding in which this affidavit is made. On **February 10, 2006** at **2:15PM**

at **@ LV HILTON -Pavillion Ballroom, Fri. 2/10/06 6pm to 8pm**

affiant served the within **Summons & Complaint**

*UPON:* **Werner Trattner**, **Defendant**

(herein called recipient) therein named.

INDIVIDUAL [X] by delivering a true copy of each to said recipient personally.

CORPORATION [ ] A ____________ corporation, by delivering thereat a true copy of each to ____________ personally, affiant knew said corporation so served to be the corporation, described in same as said recipient and knew said individual to be ____________ thereof.

SUITABLE AGE PERSON [ ] by delivering a true copy of each to ____________ a person of suitable age and discretion. Said premises is recipient's [ ] actual place of business [ ] dwelling house (usual place of abode) within the state.

AFFIXING TO DOOR [ ] by affixing a true copy of each to the door of said premises, which is recipient's [ ] actual place of business [ ] dwelling house (usual place of abode) within the state. Affiant was unable, with due diligence to find recipient or a person of suitable age and discretion, having attempted as follows:
Day ______ Date ______ Time ______ Day ______ Date ______ Time ______
Day ______ Date ______ Time ______ Day ______ Date ______ Time ______

MAILING COPY [ ] Affiant caused a copy of same to be enclosed in a first class postpaid sealed wrapper properly addressed to recipient at recipient's last known [ ]residence [ ] place of employment at: ____________ and caused said wrapper to be deposited in a post office official depository under exclusive care and custody of the U. S. Postal Service within the State of Nevada on ____________.
[ ] The above mailing was made by certified mail (Receipt No.____________).

DESCRIPTION [X] A description of the Defendant, or other person served, or spoken to on behalf of the Defendant is as follows:
Sex **Male** Color of skin **White** Color of hair **Salt/pepper** Approx. Age **36 - 40 Yrs.**
Approx. Height **5' 4" - 5' 8"** Approx. weight **161 - 200 Lbs.** Other ____________

WITNESS FEES [ ] $ ______ the authorizing traveling expenses and one day's witness fee was paid (tendered) to the recipient.

PHOTO [ ] Affiant was able to identify recipient from annexed photo.

MILITARY SERVICE [ ] To the best of my knowledge and belief, said person ______ engaged in the US Military at the time of service.

Sworn to before me on this 15th day of February, 2006

Notary Public

NOTARY PUBLIC
STATE OF NEVADA
County of Clark
NICHOLE P. CARRUTH
Appt. No. 01-69065-1
My Appt. Expires June 4, 2009

Alberto Fernandez

WorkOrderNo **0601147**

**LEGAL PROCESS SERVICE, 626 S. EIGHTH STREET, LAS VEGAS, NEVADA 89101, 702-471-7255**