# State of Rhode Island and Providence Plantations

## SUPERIOR COURT

[x] PROVIDENCE/BRISTOL [ ] KENT [ ] WASHINGTON [ ] NEWPORT

CIVIL ACTION, FILE No. 06-0788

PAMELA SCARLATELLI
**Plaintiff**

SWAROVSKI NORTH AMERICA LIMITED, ET ALS
**Defendant**

***Summons***

*To the above-named Defendant:* David Himsey, Individually and in his capacity as Vice President of Human Resources for both Swarovski Optik North America and Swarovski North America Limited, c/o Patricia Rocha Esq., ADLER POLLOCK & SHEEHAN, One Citizens Plaza, 8th Floor, Providence, RI 02903

The above-named Plaintiff has brought an action against you in said Superior Court in the county indicated above. You are hereby summoned and required to serve upon Stephen A. Izzi, Esq. Plaintiff's attorney, whose address is GELFUSO & LACHUT, INC., 1193 Reservoir Avenue, Cranston, RI 02920 an answer to the complaint which is herewith served upon you within 20 days after service of this summons upon you,exclusive of the day of service.

If you fail to do so, judgement by default will be taken against you for the relief demanded in the complaint. Your answer must also be filed with the court.

As provided in Rule 13(a) unless the relief demanded in the complaint is for damage arising out of your ownership, maintenance, operation or control of a motor vehicle, or unless otherwise provided in Rule 13(a), your answer must state as a counterclaim any related claim which you may have against the Plaintiff, or you will thereafter be barred from making such claim in any other action.

[signature], CLERK

Dated: February 24, 2006

(Seal of the Superior Court)

# State of Rhode Island and Providence Plantations

........................................,SC

## PROOF OF SERVICE

I hereby certify that on the ........................................ day of ........................................ I served a copy of this summons and a copy of the complaint received therewith upon ........................................
........................................
in the following manner:

By delivering a copy of the summons and complaint to him/her personally.

By leaving a copy of the summons and complaint at his/her dwelling house,........................................
........................................, with a person of suitable age and discretion then residing therein.
(Address)

By leaving a copy of the summons and complaint at his/her usual place of abode, ........................................
........................................, with a person of suitable age and discretion then residing therein.

By delivering a copy of the summons and complaint to an agent authorized by appointment or by law to receive service of process, namely ........................................

such agent being one designated by statute to receive service, further notice as the statute requires was given as follows:
........................................
........................................
........................................

Sheriff's Fees
Travel .......................... $............................
Service ........................ $............................
$............................

........................................
Deputy Sheriff

**I hereby accept service on behalf of David Himsey.**

[signature]
**Patricia K. Rocha, Attorney**
**Dated: February 28, 2006**

CIVIL ACTION

FILE NO. 06-0788

SUMMONS

SUPERIOR COURT

PAMELA SCARLATELLI

VS

SWAROVSKI NORTH AMERICA LIMITED, ET ALS

Stephen A. Izzi, Esq. (#2928)
ATTORNEY FOR PLAINTIFF

GELFUSO & LACHUT, INC.
1193 Reservoir Avenue
Cranston, RI 02920

NOTE: Returnable to Plaintiff's Attorney forthwith after service. Proof of service to be filed within time during which the person served must respond.

# State of Rhode Island and Providence Plantations

## SUPERIOR COURT

[x] PROVIDENCE/BRISTOL [ ] KENT [ ] WASHINGTON [ ] NEWPORT

CIVIL ACTION, FILE No. 06-0788

PAMELA SCARLATELLI
**Plaintiff**

SWAROVSKI NORTH AMERICA LIMITED, ET ALS
**Defendant**

## ***Summons***

*To the above-named Defendant:* Swarovski Optik North America Limited, c/o Patricia Rocha, Esq., ADLER POLLOCK & SHEEHAN, One Citizens Plaza, 8th Floor, Providence, RI 02903

The above-named Plaintiff has brought an action against you in said Superior Court in the county indicated above. You are hereby summoned and required to serve upon Stephen A. Izzi, Esq. Plaintiff's attorney, whose address is GELFUSO & LACHUT, INC., 1193 Reservoir Avenue, Cranston, RI 02920 an answer to the complaint which is herewith served upon you within 20 days after service of this summons upon you,exclusive of the day of service.

If you fail to do so, judgement by default will be taken against you for the relief demanded in the complaint. Your answer must also be filed with the court.

As provided in Rule 13(a) unless the relief demanded in the complaint is for damage arising out of your ownership, maintenance, operation or control of a motor vehicle, or unless otherwise provided in Rule 13(a), your answer must state as a counterclaim any related claim which you may have against the Plaintiff, or you will thereafter be barred from making such claim in any other action.

[signature] CLERK

Dated: February 24, 2006

**(Seal of the Superior Court)**

# State of Rhode Island and Providence Plantations

.............................................,SC

## PROOF OF SERVICE

I hereby certify that on the ........................................ day of ................................................... I served a copy of this summons and a copy of the complaint received therewith upon ....................................................................................................................................................................................................................

in the following manner:

By delivering a copy of the summons and complaint to him/her personally.

By leaving a copy of the summons and complaint at his/her dwelling house,..................................................................................................................................................., with a person of suitable age and discretion then residing therein.
(Address)

By leaving a copy of the summons and complaint at his/her usual place of abode, ..................................................................................................................................................., with a person of suitable age and discretion then residing therein.

By delivering a copy of the summons and complaint to an agent authorized by appointment or by law to receive service of process, namely ..........................................................................................................................

such agent being one designated by statute to receive service, further notice as the statute requires was given as follows:

..........................................................................................................................................

..........................................................................................................................................

..........................................................................................................................................

Sheriff's Fees

Travel ........................ $..........................

Service ...................... $..........................

$..........................

.................................................................
Deputy Sheriff

**I hereby accept service on behalf of Swarovski Optik North America Limited.**

**Patricia K. Rocha, Attorney**
**Dated: February 28, 2006**

CIVIL ACTION

FILE NO. ....06-0788....

SUMMONS

SUPERIOR COURT

PAMELA SCARLATELLI

VS

SWAROVSKI NORTH AMERICA LIMITED, ET ALS

Stephen A. Izzi, Esq. (#2928)
ATTORNEY FOR PLAINTIFF

GELFUSO & LACHUT, INC.
1193 Reservoir Avenue
Cranston, RI 02920

NOTE: Returnable to Plaintiff's Attorney forthwith after service. Proof of service to be filed within time during which the person served must respond.

# State of Rhode Island and Providence Plantations

## SUPERIOR COURT

[X] PROVIDENCE/BRISTOL [ ] KENT [ ] WASHINGTON [ ] NEWPORT

CIVIL ACTION, FILE No. 06-0788

PAMELA SCARLATELLI
**Plaintiff**

SWAROVSKI NORTH AMERICA LIMITED,
ET ALS
**Defendant**

***Summons***

*To the above-named Defendant:* Swarovski North America Limited
c/o Patrica Rocha, Esq., ADLER POLLOCK & SHEEHAN, One Citizens Plaza, 8th Floor, Providence, RI 02903

The above-named Plaintiff has brought an action against you in said Superior Court in the county indicated above. You are hereby summoned and required to serve upon Stephen A. Izzi, Esq. Plaintiff's attorney, whose address is GELFUSO & LACHUT, INC., 1193 Reservoir Avenue, Cranston, RI 02920 an answer to the complaint which is herewith served upon you within 20 days after service of this summons upon you,exclusive of the day of service.

If you fail to do so, judgement by default will be taken against you for the relief demanded in the complaint. Your answer must also be filed with the court.

As provided in Rule 13(a) unless the relief demanded in the complaint is for damage arising out of your ownership, maintenance, operation or control of a motor vehicle, or unless otherwise provided in Rule 13(a), your answer must state as a counterclaim any related claim which you may have against the Plaintiff, or you will thereafter be barred from making such claim in any other action.

[signature] CLERK

Dated: February 24, 2006

**(Seal of the Superior Court)**

# State of Rhode Island and Providence Plantations

..........................................,SC

## PROOF OF SERVICE

I hereby certify that on the .................................... day of ............................................ I served a copy of this summons and a copy of the complaint received therewith upon ..........................................................................................

in the following manner:

By delivering a copy of the summons and complaint to him/her personally.

By leaving a copy of the summons and complaint at his/her dwelling house,.................................................. .........................................................................................., with a person of suitable age and discretion then (Address) residing therein.

By leaving a copy of the summons and complaint at his/her usual place of abode, ............................................ .........................................................................................., with a person of suitable age and discretion then residing therein.

By delivering a copy of the summons and complaint to an agent authorized by appointment or by law to receive service of process, namely ..........................................................................................

such agent being one designated by statute to receive service, further notice as the statute requires was given as follows:

..........................................................................................

..........................................................................................

..........................................................................................

Sheriff's Fees

Travel ......................... $............................

Service ......................... $............................ ........................................ Deputy Sheriff

$............................

**I hereby accept service on behalf of Swarovski North America Limited.**

Pat K Roch

**Patricia K. Rocha, Attorney**

**Dated: February 28, 2006**

CIVIL ACTION

FILE NO. 06-0788

SUMMONS

SUPERIOR COURT

PAMELA SCARLATELLI

VS

SWAROVSKI NORTH AMERICA LIMITED, ET ALS

Stephen A. Izzi, Esq. (#2928)
ATTORNEY FOR PLAINTIFF
GELFUSO & LACHUT, INC.
1193 Reservoir Avenue
Cranston, RI 02920

NOTE: Returnable to Plaintiff's Attorney forthwith after service. Proof of service to be filed within time during which the person served must respond.

# State of Rhode Island and Providence Plantations

## SUPERIOR COURT

[x] PROVIDENCE/BRISTOL [ ] KENT [ ] WASHINGTON [ ] NEWPORT

CIVIL ACTION, FILE No. 06-0788

PAMELA SCARLATELLI
**Plaintiff**

SWAROVSKI NORTH AMERICA LIMITED, ET ALS
**Defendant**

***Summons***

*To the above-named Defendant:* M. James Morey, Individually and in his capacity as President of Swarovski Optik North America Limited, c/o Patricia Rocha, Esq., ADLER POLLOCK & SHEEHAN, One Citizens Plaza, 8th Floor, Providence, RI 02903

The above-named Plaintiff has brought an action against you in said Superior Court in the county indicated above. You are hereby summoned and required to serve upon Stephen A. Izzi, Esq. Plaintiff's attorney, whose address is GELFUSO & LACHUT, INC., 1193 Reservoir Avenue, Cranston, RI 02920 an answer to the complaint which is herewith served upon you within 20 days after service of this summons upon you,exclusive of the day of service.

If you fail to do so, judgement by default will be taken against you for the relief demanded in the complaint. Your answer must also be filed with the court.

As provided in Rule 13(a) unless the relief demanded in the complaint is for damage arising out of your ownership, maintenance, operation or control of a motor vehicle, or unless otherwise provided in Rule 13(a), your answer must state as a counterclaim any related claim which you may have against the Plaintiff, or you will thereafter be barred from making such claim in any other action.

[signature], CLERK

Dated: February 24, 2006

(Seal of the Superior Court)

# State of Rhode Island and Providence Plantations

.........................................,SC

## PROOF OF SERVICE

I hereby certify that on the .......................................... day of ..................................................... I served a copy of this summons and a copy of the complaint received therewith upon ..........................................................................................

.............................................................................................................................................................

in the following manner:

By delivering a copy of the summons and complaint to him/her personally.

By leaving a copy of the summons and complaint at his/her dwelling house,........................................................ ............................................................................................., with a person of suitable age and discretion then residing therein.
(Address)

By leaving a copy of the summons and complaint at his/her usual place of abode, ................................................ ............................................................................................., with a person of suitable age and discretion then residing therein.

By delivering a copy of the summons and complaint to an agent authorized by appointment or by law to receive service of process, namely ..............................................................................................................

such agent being one designated by statute to receive service, further notice as the statute requires was given as follows:

.............................................................................................................................................................

.............................................................................................................................................................

.............................................................................................................................................................

Sheriff's Fees

Travel ......................... $............................

Service ........................ $............................

$............................

.............................................................
Deputy Sheriff

**I hereby accept service on behalf of M. James Morey.**

Patricia K. Rocha, Attorney
Dated: February 28, 2006

CIVIL ACTION

FILE NO. ........06-0788........

SUMMONS

SUPERIOR COURT

PAMELA SCARLATELLI

VS

SWAROVSKI NORTH AMERICA LIMITED, ET ALS

Stephen A. Izzi, Esq. (#2928)
ATTORNEY FOR PLAINTIFF

GELFUSO & LACHUT, INC.
1193 Reservoir Avenue
Cranston, RI 02920

NOTE: Returnable to Plaintiff's Attorney forthwith after service. Proof of service to be filed within time during which the person served must respond.