UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF RHODE ISLAND

| | |
|---|---|
| PAMELA SCARLATELLI,<br>Plaintiff,<br>v.<br><br>SWAROVSKI NORTH AMERICA LIMITED; SWAROVSKI OPTIK NORTH AMERICA LIMITED; SWAROVSKI OPTIK ABSAM; DAVID HIMSEY, INDIVIDUALLY AND IN HIS CAPACITY AS VICE PRESIDENT OF HUMAN RESOURCES FOR BOTH SWAROVSKI OPTIK NORTH AMERICA AND SWAROVSKI NORTH AMERICA LIMITED; WERNER TRATTNER, INDIVIDUALLY AND AS MANAGING DIRECTOR OF INTERNATIONAL SALES AND MARKETING FOR SWAROVSKI OPTIK ABSAM, AUSTRIA, AND AS SUPERVISOR/MANAGER OF M. JAMES "JIM" MOREY; AND M. JAMES MOREY, INDIVIDUALLY AND IN HIS CAPACITY AS PRESIDENT OF SWARVOSKI OPTIK NORTH AMERICA LIMITED,<br>Defendants. | C.A. NO. 06-84 T |

**MOTION TO ENLARGE TIME**

Plaintiff Pamela Scarlatelli ("Ms. Scarlatelli" or "Plaintiff") hereby moves this Honorable Court to enlarge the time for her to oppose the Motion of Werner Trattner to Dismiss Plaintiffs Complaint against him by ten (10) days, up to and including April 13, 2006.

N:/Clients/Scarlatelli/Federal/Pleadings/Motion.2.extend
JRD/040306/3

In support of this Motion, Plaintiff refers to the Memorandum filed and served herewith.

***WHEREFORE***, Plaintiff prays that this Court enter an Order enlarging the time for her to file and serve an Opposition to Defendant Werner Trattner's Motion to Dismiss Plaintiff's Complaint by ten (10) days, up to and including April 13, 2006.

Plaintiff,

Pamela Scarlatelli,

By Her Attorney,

Joseph R. Daigle (#5429)
GELFUSO & LACHUT
1193 Reservoir Avenue
Cranston, RI 02920
(401) 942-4300

**CERTIFICATION**

I hereby certify that I faxed and mailed a true copy of the within to the following on this 3RD day of April 2006:

Patricia Rocha and
Michael Chittick, Esq.
Adler, Pollock & Sheehan
One Citizens Plaza, 8th Floor
Providence, RI 02903-1345

N:/Clients/Scarlatelli/Federal/Pleadings/Motion.2.Extend
JRD/040306/3

UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF RHODE ISLAND

| | |
|---|---|
| PAMELA SCARLATELLI, Plaintiff, v. SWAROVSKI NORTH AMERICA LIMITED; SWAROVSKI OPTIK NORTH AMERICA LIMITED; SWAROVSKI OPTIK ABSAM; DAVID HIMSEY, INDIVIDUALLY AND IN HIS CAPACITY AS VICE PRESIDENT OF HUMAN RESOURCES FOR BOTH SWAROVSKI OPTIK NORTH AMERICA AND SWAROVSKI NORTH AMERICA LIMITED; WERNER TRATTNER, INDIVIDUALLY AND AS MANAGING DIRECTOR OF INTERNATIONAL SALES AND MARKETING FOR SWAROVSKI OPTIK ABSAM,AUSTRIA, AND AS SUPERVISOR/MANAGER OF M. JAMES "JIM" MOREY; AND M. JAMES MOREY, INDIVIDUALLY AND IN HIS CAPACITY AS PRESIDENT OF SWARVOSKI OPTIK NORTH AMERICA LIMITED, Defendants. | C.A. NO. 06-84 T |

**MEMORANDUM IN SUPPORT OF MOTION TO ENLARGE TIME**

Plaintiff Pamela Scarlatelli ("Ms. Scarlatelli" or "Plaintiff") hereby moves this Honorable Court to enlarge by ten (10) days the time for her to oppose the Motion of Werner Trattner to Dismiss Plaintiffs Complaint against him by.

N:/Clients/Scarlatelli/Federal/Pleadings/Motion.2.extend
JRD/040306/3

FACTS

Plaintiff's Complaint alleges a variety of state a federal court claims relating to her employment with Defendants.[1] On February 8, 2006, after obtaining a right to sue letter from the Rhode Island Commission for Human Rights, Plaintiff filed a Complaint in the Rhode Island Superior Court, County of Providence. Defendants removed the case to Federal Court on February 21, 2006. Trattner's Motion to Dismiss was filed and served by regular mail on March 21, 2006.

Prior to Plaintiff's retaliatory firing by Defendants in June 2005 and through the prosecution of this matter before the Rhode Island Commission for Human Rights and the filing of the Superior Court Complaint, Plaintiff has been represented by Alan Gelfuso, Ericka Hughes and Stephen Izzi of the law firm of Gelfuso & Lachut, Inc. However, Attorney Gelfuso is currently court-excused (by February 2, 2006 Order of the Presiding Justice of the Rhode Island Superior Court) until April 30, 2006 due to health concerns. (See attached.) Attorney Izzi's employment with Gelfuso & Lachut, Inc. ended on February 21, 2006. Attorney Hughes' employment with Gelfuso & Lachut, Inc. ended on March 15, 2006.

---

[1] Plaintiff's claims against Defendants include: Disparate Treatment, Wrongful Termination, Hostile Environment and Sexual Harassment Retaliation Disparate Treatment, Wrongful Termination and Federal Conspiracy Claims. See Complaint.

Attorney Joseph R. Daigle is currently the only litigating attorney employed by Gelfuso & Lachut, Inc. (The only other attorney, Joseph Lachut, practices primarily in the area of residential real estate conveyancing.) Attorney Daigle entered his appearance in this matter on March 21, 2006.

ARGUMENT

Due to the complexity of this matter the legal issues involved, Plaintiff asks that the Court grant a short extension on the time for her to respond to Defendant's Motion to Dismiss.

***WHEREFORE***, Plaintiff prays that this Court enter an Order enlarging the time for her to file and serve an Opposition to Defendant Werner Trattner's Motion to Dismiss Plaintiff's

N:/Clients/Scarlatelli/Federal/Pleadings/Motion.2.Extend.memo
JRD/040306/3

Complaint by ten (10) days, up to and including April 13, 2006.

Plaintiff,

Pamela Scarlatelli,

By Her Attorney,

Joseph R. Daigle (#5429)
GELFUSO & LACHUT
1193 Reservoir Avenue
Cranston, RI 02920
(401) 942-4300

**CERTIFICATION**

I hereby certify that I faxed and mailed a true copy of the within to the following on this 3RD day of April 2006:

Patricia Rocha and
Michael Chittick, Esq.
Adler, Pollock & Sheehan
One Citizens Plaza, 8th Floor
Providence, RI 02903-1345

Lynn A. Kiley

N:/Clients/Scarlatelli/Federal/Pleadings/Motion.2.Extend.memo
JRD/040306/3