UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| PAMELA SCARLATELLI<br><br>v.<br><br>SWAROVSKI NORTH AMERICA LIMITED; SWAROVSKI OPTIK NORTH AMERICA LIMITED; SWAROVSKI OPTIK ABSAM; DAVID HIMSEY, INDIVIDUALLY AND IN HIS CAPACITY AS VICE PRESIDENT OF HUMAN RESOURCES FOR BOTH SWAROVSKI OPTIK NORTH AMERICA AND SWAROVSKI NORTH AMERICA LIMITED; WERNER TRATTNER, INDIVIDUALLY AND AS MANAGING DIRECTOR OF INTERNATIONAL SALES AND MARKETING FOR SWAROVSKI OPTIK ABSAM, AUSTRIA, AND AS SUPERVISOR/MANAGER OF M. JAMES "JIM" MOREY; and M. JAMES MOREY INDIVIDUALLY AND IN HIS CAPACITY AS PRESIDENT OF SWAROVSKI OPTIK NORTH AMERICA LIMITED | : | C.A. No. 06-84-T |

**STIPULATION**

Pursuant to Rule 29 of the Local Rules of the United States District Court for the District of Rhode Island, it is hereby stipulated and agreed that the time within which Defendant, Werner Trattner, has to answer or otherwise respond to the Complaint in the above-entitled action is hereby enlarged up to and including March 20, 2006.

Dated: March , 2006

PLAINTIFF
By her attorneys,

*Joseph R. Daigle*

ALAN P. GELFUSO, #0421
JOSEPH R. DAIGLE, #5429
Gelfuso & Lachut, Inc.
1193 Reservoir Avenue
Cranston, RI 02920

*Pat K Rocha*

JOHN A. TARANTINO, #2586
PATRICIA K. ROCHA (#2793)
MICHAEL D. CHITTICK (#5967)
Adler Pollock & Sheehan P.C.
One Citizens Plaza, 8th Floor
Providence, RI 02903
Tel: 401-274-7200
Fax: 401-351-4607

ENTER

*Ernest C. Torres*

Ernest C. Torres
Chief, U.S. District Judge

DATE 4/4/06

*373452_1.doc*