UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF RHODE ISLAND

PAMELA SCARLATELLI,
Plaintiff,

v.

SWAROVSKI NORTH AMERICA LIMITED; SWAROVSKI OPTIK NORTH AMERICA LIMITED; SWAROVSKI OPTIK ABSAM; DAVID HIMSEY, INDIVIDUALLY AND IN HIS CAPACITY AS VICE PRESIDENT OF HUMAN RESOURCES FOR BOTH SWAROVSKI OPTIK NORTH AMERICA AND SWAROVSKI NORTH AMERICA LIMITED; WERNER TRATTNER, INDIVIDUALLY AND AS MANAGING DIRECTOR OF INTERNATIONAL SALES AND MARKETING FOR SWAROVSKI OPTIK ABSAM,AUSTRIA, AND AS SUPERVISOR/MANAGER OF M. JAMES "JIM" MOREY; AND M. JAMES MOREY, INDIVIDUALLY AND IN HIS CAPACITY AS PRESIDENT OF SWARVOSKI OPTIK NORTH AMERICA LIMITED,
Defendants.

C.A. NO. 06-84 T

**MOTION TO ENLARGE TIME**

Plaintiff Pamela Scarlatelli ("Ms. Scarlatelli" or "Plaintiff") hereby moves this Honorable Court to enlarge the time for her to oppose the Motion of Werner Trattner to Dismiss Plaintiffs Complaint against him by ten (10) days, up to and including April 13, 2006.

**GRANTED**

Ernest C. Torres
Chief, US District Judge
4/11/06

N:/Clients/Scarlatelli/Federal/Pleadings/Motion.2.extend
JRD/040306/3

In support of this Motion, Plaintiff refers to the Memorandum filed and served herewith.

***WHEREFORE***, Plaintiff prays that this Court enter an Order enlarging the time for her to file and serve an Opposition to Defendant Werner Trattner's Motion to Dismiss Plaintiff's Complaint by ten (10) days, up to and including April 13, 2006.

Plaintiff,

Pamela Scarlatelli,

By Her Attorney,

Joseph R. Daigle (#5429)
GELFUSO & LACHUT
1193 Reservoir Avenue
Cranston, RI 02920
(401) 942-4300

**CERTIFICATION**

I hereby certify that I faxed and mailed a true copy of the within to the following on this 3rd day of April 2006:

Patricia Rocha and
Michael Chittick, Esq.
Adler, Pollock & Sheehan
One Citizens Plaza, 8th Floor
Providence, RI 02903-1345

N:/Clients/Scarlatelli/Federal/Pleadings/Motion.2.Extend
JRD/040306/3