UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF RHODE ISLAND

| | |
|---|---|
| PAMELA SCARLATELLI, Plaintiff, v. SWAROVSKI NORTH AMERICA LIMITED; SWAROVSKI OPTIK NORTH AMERICA LIMITED; SWAROVSKI OPTIK ABSAM; DAVID HIMSEY, INDIVIDUALLY AND IN HIS CAPACITY AS VICE PRESIDENT OF HUMAN RESOURCES FOR BOTH SWAROVSKI OPTIK NORTH AMERICA AND SWAROVSKI NORTH AMERICA LIMITED; WERNER TRATTNER, INDIVIDUALLY AND AS MANAGING DIRECTOR OF INTERNATIONAL SALES AND MARKETING FOR SWAROVSKI OPTIK ABSAM, AUSTRIA, AND AS SUPERVISOR/MANAGER OF M. JAMES "JIM" MOREY; AND M. JAMES MOREY, INDIVIDUALLY AND IN HIS CAPACITY AS PRESIDENT OF SWARVOSKI OPTIK NORTH AMERICA LIMITED, Defendants. | C.A. NO. 06-84 T |

**AFFIDAVIT OF PAMELA SCARLATELLI**

I, Pamela Scarlatelli, hereby depose under oath and state:

1. I was employed by Swarovski Optik North America ("SONA") from November 8, 1993 until June 17, 2005.

2. At all times relevant to this Complaint, Defendant Werner Trattner ("Mr. Trattner") was employed by Swarovski Optik Austria ("SOA") as managing director of sales. Trattner was

N:/Clients/Scarlatelli/Federal/Pleadings/Opp.2.trattner.dism
JRD/033106/2

supervisor to Defendant M. James Morey ("Morey"). Further, Defendants Morey and Werner Trattner were members of the SONA board of directors.

3. At all times relevant to this Complaint, Defendant companies SOA, SONA, and Swarovski North America Limited ("SNAL") were managed by a single board of directors.

4. Defendant Morey was President of SONA and there was no person with seniority over him at the Cranston facility.

6. Over the course of my employment at SONA, Morey subjected me to harassing and discriminating conduct. (See the Complaint.)

7. Though Mr. Trattner's home office is in Austria, he exercises substantial control over SONA's Cranston facilities. Though SONA, SNAL and SOA are technically three separate companies, they are in many ways run as one entity. For instance, during the time of my employment, SNAL and SONA employed the same person as Human Resources Manager, David Himsey. They have the same Board of Directors. (They even share the same legal counsel in this matter.) Therefore, Mr. Trattner was frequently involved in employment and human resource decisions regarding SONA.

8. During my employment, I feared that if Morey learned that I had reported his conduct to human resources, he would retaliate by terminating my employment. (Morey stated on

several occasions that he did not want Defendant David Himsey, the Executive Vice President of Human Resources for the companies, to be informed of any human resources problems at SONA.) Therefore, in 2001, I complained to Werner Trattner regarding Mr. Morey's offensive and harassing conduct. Mr. Trattner assured me that he would speak with Morey about his behavior.

8. After I complained to Trattner, Morey's harassment continued. I do not believe that Mr. Trattner took any action against Mr. Morey even after I made subsequent complaints to him.

9. Mr. Trattner failed to adequately investigate or remedy Morey's unwelcome sexual conduct. As a result of my complaints, however, I faced increasingly and openly hostile treatment at my job. On June 17, 2005, I was terminated without explanation and without cause.

10. Mr. Trattner travels frequently in the United States, and interacts frequently with SONA employees inside and outside

of the United States.

**SIGNED UNDER THE PENALTIES OF PERJURY,**

Pamela Scarlatelli

**COUNTY OF** Dallas April 13, 2006

Subscribed and sworn to before me in Addison, Texas on the 13th day of April, 2006.

VINCENT A LOZA
My Commission Expires
November 21, 2009

Notary Public