**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

PAULA SCARLATELLI,

Plaintiff,

v. C.A. No. 06-84T

SWAROVSKI NORTH AMERICA LIMITED; SWAROVSKI OPTIK NORTH AMERICA LIMITED; SWAROVSKI OPTIK ABSAM; DAVID HIMSEY, Individually and in his capacity as Vice President of Human Resources for both Swarovski Optik North America and Swarovski North America Limited; WERNER TRATTNER, Individually and as Managing Director of International Sales and Marketing for Swarovski Optik Absam, Austria, and as Supervisor/ Manager of M. James "Jim" Morey; and M. JAMES MOREY, Individually and in his capacity as President of Swarovski Optik North America Limited,

Defendants.

**ORDER DENYING MOTION TO DISMISS**

For the reasons stated in open court, Defendant Werner Trattner's objection to Magistrate Judge Almond's June 26, 2006, Report & Recommendation is hereby OVERRULED; Magistrate Judge Almond's recommendation is hereby ACCEPTED; and Trattner's Motion to Dismiss for Lack of Personal Jurisdiction is hereby DENIED.

IT IS SO ORDERED,

Ernest C Torres

Ernest C. Torres
Chief Judge

Date: August 24, 2006