UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF RHODE ISLAND

| | |
|---|---|
| PAMELA SCARLATELLI,<br>Plaintiff,<br>v.<br><br>SWAROVSKI NORTH AMERICA LIMITED; SWAROVSKI OPTIK NORTH AMERICA LIMITED; SWAROVSKI OPTIK ABSAM; DAVID HIMSEY, INDIVIDUALLY AND IN HIS CAPACITY AS VICE PRESIDENT OF HUMAN RESOURCES FOR BOTH SWAROVSKI OPTIK NORTH AMERICA AND SWAROVSKI NORTH AMERICA LIMITED; WERNER TRATTNER, INDIVIDUALLY AND AS MANAGING DIRECTOR OF INTERNATIONAL SALES AND MARKETING FOR SWAROVSKI OPTIK ABSAM,AUSTRIA, AND AS SUPERVISOR/MANAGER OF M. JAMES “JIM” MOREY; AND M. JAMES MOREY, INDIVIDUALLY AND IN HIS CAPACITY AS PRESIDENT OF SWARVOSKI OPTIK NORTH AMERICA LIMITED,<br>Defendants. | C.A. NO. 06-84 T |

**PLAINTIFF’S RULE 26(a)(1) INITIAL DISCLOSURES**

Plaintiff, Pamela Scarlatelli, (hereinafter “Plaintiff”) hereby discloses the following pursuant to Federal Rule of Civil Procedure 26(a)(1):

1. Witnesses

a. Pamela Scarlatelli, Plaintiff.
b. Greg Jones, [Cell] 401-338-9933. Plaintiff will obtain the address of this witness and will supplement this disclosure accordingly.
c. John Ledsworth, [Cell] 401-742-4166. Plaintiff will obtain the address of this witness and will supplement this disclosure accordingly.

d. Roger Spina, [Cell] 401-480-4824, [Home] 401-383-8155. Plaintiff will obtain the address of this witness and will supplement this disclosure accordingly.
e. Defendants, David Himsey, Werner Trattner, and M. James Morey.

Discovery in this matter is ongoing. Plaintiff reserves the right to supplement this response.

2. <u>Documentary Evidence</u> – The following categories of documents will be made available for inspection at Defendants' request:

a. Internal memoranda between Plaintiff and various employees and officers of Defendant Swarovski Optik North America Limited.
b. Internal correspondence between Plaintiff and various employees and officers of Defendant Swarovski Optik North America Limited.
c. Internal correspondence between various employees and officers of Defendant Swarovski Optik North America Limited.
d. Internal e-mails between Plaintiff and various employees and officers of Defendant Swarovski Optik North America Limited.
e. Personnel files of Plaintiff provided by Defendant Swarovski Optik North America Limited.
f. Human Resources personnel policies provided by Defendant Swarovski Optik North America Limited.
g. Medical records of Plaintiff provided by Dr. Alan Epstein, M.D. and Dr. Raymond Maxim, M.D.

Discovery in this matter is ongoing. Plaintiff reserves the right to supplement this response.

3. <u>Damages</u>

Plaintiff continues to suffer the effects of her treatment at the hands of Defendants. The monetary value to be placed on Plaintiff's damages will be established at trial. Plaintiff reserves the right to produce additional information regarding her damages.

4. Insurance Agreements

Plaintiff is unaware of any insurance agreements under which any person carrying on an insurance business may be liable to

satisfy a judgment against the defendants.

Plaintiff,

Pamela Scarlatelli,

By Her Attorney,

/s/ Joseph R. Daigle

Joseph R. Daigle, #5429
GELFUSO & LACHUT, INC.
1193 Reservoir Avenue
Cranston, RI 02920
Tel.: (401) 942-4300
Fax.: (401) 946-0970

CERTIFICATE OF SERVICE

I certify that a copy of the above was served on the following counsel of record electronically on January 5, 2007:

John Tarantino, Esq.
Patricia Rocha, Esq.
Michael D. Chittick, Esq.
ADLER POLLOCK & SHEEHAN
One Citizens Plaza
8th Floor
Providence, RI 02903

/s/ Joseph R. Daigle