UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF RHODE ISLAND

| | |
|---|---|
| PAMELA SCARLATELLI,<br>Plaintiff<br><br>v.<br><br>SWAROVSKI NORTH AMERICA LIMITED; SWAROVSKI OPTIK NORTH AMERICA LIMITED; SWAROVSKI OPTIK ABSAM; DAVID HIMSEY, INDIVIDUALLY AND IN HIS CAPACITY AS VICE PRESIDENT OF HUMAN RESOURCES FOR BOTH SWAROVSKI OPTIK NORTH AMERICA AND SWAROVSKI NORTH AMERICA LIMITED; WERNER TRATTNER, INDIVIDUALLY AND AS MANAGING DIRECTOR OF INTERNATIONAL SALES AND MARKETING FOR SWAROVSKI OPTIK ABSAM,AUSTRIA, AND AS SUPERVISOR/MANAGER OF M. JAMES "JIM" MOREY; AND M. JAMES MOREY, INDIVIDUALLY AND IN HIS CAPACITY AS PRESIDENT OF SWARVOSKI OPTIK NORTH AMERICA LIMITED. | C.A. NO. 06-84 T<br>(Superior Court Docket No. CA 06-0788) |

**WITHDRAWAL OF APPEARANCE**

NOW COMES the undersigned, Attorney Stephen A. Izzi, Bar Number 2928, and subject to the approval of this honorable Court, withdraws his individual appearance on behalf of the Plaintiff, Pamela Scarlatelli.

Stephen A. Izzi (#2928)

Approved: Entered:

________________ Judge

________________ Clerk

**CERTIFICATION**

N:\Clients\Scarlatelli\Withdrawell of Appearance
11/011607/1