UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF RHODE ISLAND

PAMELA SCARLATELLI,
Plaintiff,
v.

C.A. NO. 06-84 T

SWAROVSKI NORTH AMERICA LIMITED; SWAROVSKI OPTIK NORTH AMERICA LIMITED; SWAROVSKI OPTIK ABSAM; DAVID HIMSEY, INDIVIDUALLY AND IN HIS CAPACITY AS VICE PRESIDENT OF HUMAN RESOURCES FOR BOTH SWAROVSKI OPTIK NORTH AMERICA AND SWAROVSKI NORTH AMERICA LIMITED; WERNER TRATTNER, INDIVIDUALLY AND AS MANAGING DIRECTOR OF INTERNATIONAL SALES AND MARKETING FOR SWAROVSKI OPTIK ABSAM, AUSTRIA, AND AS SUPERVISOR/MANAGER OF M. JAMES "JIM" MOREY; AND M. JAMES MOREY, INDIVIDUALLY AND IN HIS CAPACITY AS PRESIDENT OF SWARVOSKI OPTIK NORTH AMERICA LIMITED,
Defendants.

**NOTICE TO TAKE DEPOSITION**

**WITNESS:** **Michael Alsfeld**
**DATE:** **Wednesday, July 18, 2007**
**TIME:** **10:00 A.M.**

PLEASE TAKE NOTICE the Plaintiff in the above-captioned matter will take the deposition of the above-named individual on oral examination. This deposition will be taken at the time set forth above before a Notary Public of the State of Rhode Island and continue from day to day until completed, at the Law office of GELFUSO & LACHUT, 1193 Reservoir Avenue, Cranston, Rhode Island, at which

time and place you are hereby notified to appear and take such part in the examination as you may be advised and as shall be fit and proper.

Plaintiff,
By her attorney,

_/s/ Joseph R. Daigle____
Joseph R. Daigle, #5429
GELFUSO & LACHUT, INC.
1193 Reservoir Avenue
Cranston, Rhode Island 02920
Tel.(401) 942-4300
Fax (401) 946-0970

**CERTIFICATION**

I hereby certify that on the 6th day of June, 2007 a true and accurate copy of the within Notice to Take Deposition was filed electronically and is available for viewing and downloading from the ECF system to the following:

John Tarantino, Esq.
Patricia Rocha, Esq.
Michael Chittick, Esq.
Adler, Pollock & Sheehan
One Citizens Plaza, 8th Floor
Providence, RI 02903-1345

_/s/ Joseph R. Daigle____