UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| PAMELA SCARLATELLI | : | |
| | : | |
| v. | : | C.A. No. 06-84-T |
| | : | |
| SWAROVSKI NORTH AMERICA LIMITED; ET AL. | : | |

**NOTICE OF WITHDRAWAL OF APPEARANCE**

I, Michael D. Chittick, hereby withdraw my appearance on behalf of Defendants, Swarovski North America Limited, Swarovski Optik North America Limited, David Himsey, Werner Trattner and M. James Morey, in the above-captioned matter. Attorneys John A. Tarantino and Patricia K. Rocha of the law firm of Adler Pollock & Sheehan P.C. remain counsel of record for Defendants.

/s/ Michael D. Chittick
MICHAEL D. CHITTICK (#5967)
mchittick@apslaw.com
ADLER POLLOCK & SHEEHAN P.C.
One Citizens Plaza, 8th Floor
Providence, RI 02903
Tel: (401) 274-7200
Fax: (401) 751-0604
Dated: June 20, 2007

**CERTIFICATE OF SERVICE**

I hereby certify that on the 20th day of June, 2007, I served a true copy of the within Notice of Withdrawal of Appearance **by electronic means (ECF)** on Joseph R. Daigle, Esq., Gelfuso & Lachut, Inc., 1193 Reservoir Avenue, Cranston, RI 02920.

/s/ Michael D. Chittick

*420899_1.doc*