UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF RHODE ISLAND

| | |
|---|---|
| PAMELA SCARLATELLI,<br>Plaintiff,<br>v.<br><br>SWAROVSKI NORTH AMERICA LIMITED; SWAROVSKI OPTIK NORTH AMERICA LIMITED; SWAROVSKI OPTIK ABSAM; DAVID HIMSEY, INDIVIDUALLY AND IN HIS CAPACITY AS VICE PRESIDENT OF HUMAN RESOURCES FOR BOTH SWAROVSKI OPTIK NORTH AMERICA AND SWAROVSKI NORTH AMERICA LIMITED; WERNER TRATTNER, INDIVIDUALLY AND AS MANAGING DIRECTOR OF INTERNATIONAL SALES AND MARKETING FOR SWAROVSKI OPTIK ABSAM, AUSTRIA, AND AS SUPERVISOR/MANAGER OF M. JAMES "JIM" MOREY; AND M. JAMES MOREY, INDIVIDUALLY AND IN HIS CAPACITY AS PRESIDENT OF SWARVOSKI OPTIK NORTH AMERICA LIMITED,<br>Defendants. | C.A. NO. 06-84 T |

**PLAINTIFF'S MOTION TO CONTINUE SETTLEMENT CONFERENCE**

Plaintiff Pamela Scarlatelli ("Plaintiff") hereby moves this Honorable Court to continue the July 10, 2007 Settlement Conference to August 27, 2007 or August 28, 2007.

In support of this Motion, Plaintiff states:

1. Plaintiff resides in Dallas, Texas and is employed by Meyerco. Plaintiff began her employment with Meyerco

N:/Clients/Scarlatelli/Federal/Pleadings/Motion.2.cont.
JRD/062507/2

on October 3, 2006 after a year-long search for employment following her termination by Defendant Swarovski Optik North America.

2. Plaintiff traveled to Rhode Island in March 2007 to take part in a mediation set up through the Court's ADR program. As a result of her attendance at the mediation, Plaintiff expended considerable time and money and missed time from work.

3. In April 2007, Plaintiff agreed to travel to Rhode Island for her deposition on June 12, 2007. The parties engaged in prolonged settlement discussions in the week leading up to the deposition. Because the settlement discussions appeared productive and the deposition was likely to interfere with a possible settlement, on June 8, 2007 Defendants' counsel cancelled Plaintiff's deposition and agreed to reschedule it for a date in late August 2007. Unfortunately, Plaintiff was already committed to her travel plans; in order to lessen the impact on her new employer of her repeated trips to Rhode Island, Plaintiff had scheduled meetings with the company's New England customers for later in the week. She could not change these plans on short notice and ended up in Rhode Island on June 11 and 12 with little to

do. As a result, she lost time from work and incurred additional expenses.

4. By agreement of the parties, Plaintiff will return to Rhode Island to have her deposition taken on August 29, 2007. Defendants' counsel has confirmed that, though she does not assent to this motion, she and her clients' representative will be available to participate in a Settlement Conference on August 27 or August 28, 2007.

5. Magistrate Lincoln D. Almond has set this matter down for a Settlement Conference on July 10, 2007. Plaintiff's attendance at the Settlement Conference will require her to travel to Rhode Island, expend considerable time and money, and miss time from work. Plaintiff's repeated trips to Rhode Island are interfering with her ability to perform at her new position and she fears that monthly trips to Rhode Island may damage her relationship with her new employer.

6. Plaintiff is currently scheduled to attend a product show for her employer in Las Vegas, Nevada during the week of July 10, 2007 and failing to appear at that event will cause a major disruption of her employer's business.

7. Settlement discussions in this matter are ongoing. The parties have been in contact with each other on a weekly basis regarding the possibility of settling Plaintiff's claims.

***WHEREFORE***, Plaintiff prays that this Court agree to continue the July 10, 2007 Settlement Conference to August 27, 2007 or August 28, 2007 when Plaintiff will be in Rhode Island for her deposition. In the alternative, Plaintiff prays that she be allowed to participate in the Settlement Conference telephonically.

Plaintiff,
By her attorney,

_/s/ Joseph R. Daigle____

Joseph R. Daigle, #5429
GELFUSO & LACHUT, INC.
1193 Reservoir Avenue
Cranston, Rhode Island 02920
Tel.(401) 942-4300
Fax (401) 946-0970

## CERTIFICATION

I hereby certify that on the 29th day of June, 2007 a true and accurate copy of the within was filed electronically and is available for viewing and downloading from the ECF system to the following:

John Tarantino, Esq.
Patricia Rocha, Esq.
Adler, Pollock & Sheehan
One Citizens Plaza, 8th Floor
Providence, RI 02903-1345

_/s/ Joseph R. Daigle____

N:/Clients/Scarlatelli/Federal/Pleadings/Motion.2.Continue
JRD/062907/2

N:/Clients/Scarlatelli/Federal/Pleadings/Motion.2.Continue
JRD/062907/2