UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

PAMELA SCARLATELLI :
:
v. : C.A. No. 06-84-T
:
SWAROVSKI NORTH AMERICA LIMITED; :
ET AL. :

**DEFENDANTS' RESPONSE TO MOTION TO CONTINUE SETTLEMENT CONFERENCE**

Defendants hereby respond to Plaintiff's Motion To Continue Settlement Conference scheduled for July 10, 2007 to August 27, 2007 or August 28, 2007. Defendants have no objection to Plaintiff's good faith participation in the scheduled July 10, 2007 conference by telephone. Alternatively, if the Court continues the settlement conference, Defendants request that the Court enter an order staying discovery until after the date of the conference to avoid the incurrence of additional time and legal fees, which could be an impediment to settlement. In support thereof, the Defendants rely upon their Memorandum filed contemporaneously herewith.

DEFENDANTS
By their attorneys,

/s/ Patricia K. Rocha

PATRICIA K. ROCHA (#2793)
procha@apslaw.com
JOHN A. TARANTINO (#2586)
jtarantino@apslaw.com
ADLER POLLOCK & SHEEHAN P.C.
One Citizens Plaza, 8th Floor
Providence, Rhode Island 02903
Tel: 401-274-7200
Fax: 401-351-4607
Dated: July 2, 2007

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| PAMELA SCARLATELLI | : | |
| | : | |
| v. | : | C.A. No. 06-84-T |
| | : | |
| SWAROVSKI NORTH AMERICA LIMITED; ET AL. | : | |

**DEFENDANTS' MEMORANDUM IN SUPPORT OF RESPONSE TO MOTION TO CONTINUE SETTLEMENT CONFERENCE**

Defendants file this Memorandum in support of their response to Plaintiff's Motion to Continue Settlement Conference scheduled for July 10, 2007 at 2:00 p.m.

On March 13, 2007, this matter was scheduled for a settlement conference before Magistrate Judge Lincoln D. Almond. On April 16, 2007, Defendants noticed the deposition of Plaintiff, Pamela Scarlatelli, for June 12, 2007 after having been advised that Ms. Scarlatelli would be in Rhode Island that week. The parties engaged in prolonged settlement discussions in the week leading up to the deposition, as more fully set forth below. During the settlement discussions Defendants' counsel advised Plaintiff's counsel that if the matter did not settle before the end of the week, counsel would have to prepare over the weekend for Plaintiff's deposition and that would incur additional attorneys' fees that could otherwise be used for settlement. As a result, Plaintiff's counsel offered that Ms. Scarlatelli's deposition could be taken another day the week of June 11th, but Defendants' counsel was not available because of other commitments. Plaintiff's counsel then advised Defendants' counsel that Ms. Scarlatelli would be available for

her deposition the last week in August when she would be returning to Rhode Island. As a result, the parties agreed to reschedule the Plaintiff's deposition for a date in late August, 2007.[1]

As part of the settlement discussions, Plaintiff's counsel advised Defendants' counsel that they believed a sum certain would settle the case. As a result, Defendants' counsel spoke with and obtained authority from the Defendants' insurer to settle the case at such amount. When Defendants' counsel communicated that they obtained authority to settle the case for the indicated amount, Plaintiff's counsel informed Defendants' counsel the next day that contrary to the prior discussions, his client would not accept that amount of money. Defendants' counsel has advised Plaintiff's counsel that in order to continue with any further settlement discussions, the Plaintiff must give a definitive number upon which she would settle. Plaintiff's counsel agreed to do so; however, he has yet to give such number.

Plaintiff now seeks to continue the settlement conference so she will not have to return another time to Rhode Island in light of the planned visit the last week in August. Although Defendants do not generally have an objection to rescheduling the settlement conference at a time convenient to Plaintiff, they do object if Plaintiff continues with discovery prior to the conference including the four depositions noticed by Plaintiff for July 12, 18 and 25, 2007, with a fourth date to be agreed to by the parties. Therefore, if the settlement conference is continued, Defendants request that the Court order a stay of discovery until such conference. To continue with discovery will only incur additional legal fees, which fees likely may be an additional impediment to settlement. If the parties can reach agreement and settle this case, they should do so before additional discovery and legal fees are incurred by both sides.

---

[1] Plaintiff's deposition has been rescheduled to August 29, 2007, the week Plaintiff's counsel indicated Ms. Scarlatelli would return to Rhode Island.

WHEREFORE, the Defendants request that the Court deny the Motion to Continue the Settlement Conference and go forward with the settlement conference as scheduled on July 10th, with the hope that the parties will negotiate in good faith and resolve the litigation. Defendants have no objection to Plaintiff's participation by phone as long as she in good faith attempts to resolve the matter. Alternatively, if the Court grants the Motion to Continue the Settlement Conference[2], Defendants request that the Court enter an order staying discovery until after the date of the conference so as to preserve funds available for settlement and the unnecessary incurrence of time and attorneys' fees.

---

[2] Although Plaintiff is correct in Paragraph 4 of her Motion that Defendants' counsel confirmed that she and her clients' representative will be available to participate in a Settlement Conference on August 27 or August 28, 2007, it was expressly conditioned upon a stay of discovery: "…we will only agree to your request if the parties agree that there will be no further discovery until after the Settlement Conference. It makes no sense to incur additional attorneys' fees if the matter is going to settle…" June 26, 2007 e-mail from Defendants' counsel to Plaintiff's counsel.

DEFENDANTS
By their attorneys,

/s/ Patricia K. Rocha
PATRICIA K. ROCHA (#2793)
procha@apslaw.com
JOHN A. TARANTINO (#2586)
jtarantino@apslaw.com
ADLER POLLOCK & SHEEHAN P.C.
One Citizens Plaza, 8th Floor
Providence, Rhode Island 02903
Tel: 401-274-7200
Fax: 401-351-4607
Dated: July __, 2007

CERTIFICATE OF SERVICE

I hereby certify that on the day of July, 2007, I served a true copy of the within Objection and supporting Memorandum **by electronic means (ECF)** on Joseph R. Daigle, Esq., Gelfuso & Lachut, Inc., 1193 Reservoir Avenue, Cranston, RI 02920.

/s/ Patricia K. Rocha

*421987_1.doc*