UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| PAMELA SCARLATELLI | : | |
| | : | |
| v. | : | C.A. No. 06-84-T |
| | : | |
| SWAROVSKI NORTH AMERICA LIMITED; ET AL. | : | |

**DEFENDANTS' MOTION TO COMPEL EXAMINATION**

Defendants, pursuant to Rule 35 of the Federal Court Rules of Civil Procedure, respectfully request that this Court enter an order compelling Plaintiff, Pamela Scarlatelli, to submit to an examination to be conducted by Dr. Ronald M. Paolino on September 1, 2007 from 9:00 a.m. to approximately 12 p.m. In support thereof, Defendants rely on their Memorandum filed contemporaneously herewith.

DEFENDANTS
By their attorneys,

/s/ Patricia K. Rocha
PATRICIA K. ROCHA (#2793)
procha@apslaw.com
JOHN A. TARANTINO (#2586)
jtarantino@apslaw.com
ADLER POLLOCK & SHEEHAN P.C.
One Citizens Plaza, 8th Floor
Providence, Rhode Island 02903
Tel: 401-274-7200
Fax: 401-351-4607
Dated: July 31, 2007

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| PAMELA SCARLATELLI | : | |
| | : | |
| v. | : | C.A. No. 06-84-T |
| | : | |
| SWAROVSKI NORTH AMERICA LIMITED; ET AL. | : | |

**DEFENDANTS' MEMORANDUM OF LAW IN SUPPORT OF MOTION TO COMPEL EXAMINATION**

Defendants file this Memorandum in support of their Motion seeking an order from this Court compelling Plaintiff, Pamela Scarlatelli ("Ms. Scarlatelli") to submit to an examination to be conducted by Dr. Ronald M. Paolino on September 1, 2007 at his office at 394 Angell Street, Providence, Rhode Island.

**DISCUSSION**

Ms. Scarlatelli has asserted eight causes of action arising out of her employment with Defendant, Swarovski Optik North America Limited, alleging violations under the Rhode Island Fair Employment Practices Act, R.I. Gen. Laws § 28-5-1, et seq., the Rhode Island Civil Rights, R.I. Gen. Laws § 42-112-1, et seq., Title VII of the Civil Rights Act of 1964, 42 U.S.C. § 2000, et seq., and 42 U.S.C. § 1985. Plaintiff alleges, *inter alia*, that as a result of the conduct of the Defendants, she "… suffered, is now suffering and will continue to suffer emotional damages, loss of enjoyment of life, damage to her business and professional reputation, and emotional damages …" (Complaint at ¶ 48). Ms. Scarlatelli seeks an award of compensatory damages for "… emotional pain, suffering, inconvenience, mental anguish, loss of enjoyment of life, and

other non-pecuniary losses …". Likewise, in response to an interrogatory seeking an itemization of all damages Ms. Scarlatelli claims she is entitled to, she identified:

> Compensatory damages for future pecuniary losses, future lost wages, emotional pain, suffering, inconvenience, mental anguish, loss of enjoyment of life and other non-pecuniary losses to be determined by a jury.

(Answer to Interrogatory 17(b)). As Ms. Scarlatelli has placed her mental/psychological condition in issue in this litigation and seeks compensation from the Defendants for emotional pain, suffering, inconvenience and mental anguish, Defendants are entitled to have Ms. Scarlatelli examined by a licensed professional pursuant to Rule 35 of the Federal Court Rules of Civil Procedure. Defendants seek to have Ms. Scarlatelli examined by Dr. Ronald M. Paolino, a licensed clinical psychologist. A copy of Dr. Paolino's resume is attached as Exhibit A.

Counsel for the Defendants asked counsel for Ms. Scarlatelli if she would voluntarily agree to submit to an examination by Dr. Paolino and provided a copy of Dr. Paolino's resume, but as of date Ms. Scarlatelli has not responded. Therefore, Defendants are seeking approval from this Court. Defendants have scheduled the examination for Saturday, September 1 in order to accommodate both Dr. Paolino's and Ms. Scarlatelli's schedules. Ms. Scarlatelli will be returning to Rhode Island for her deposition scheduled for Wednesday, August 29th. The only day Dr. Paolino is available the week of the scheduled deposition is Saturday, September 1. It is anticipated that the examination will begin at 9:00 a.m. and conclude on or about 12:00 p.m.

WHEREFORE, Defendants respectfully request that this Court enter an order compelling Ms. Scarlatelli to undergo an examination by Dr. Ronald Paolino on September 1 at his office at 394 Angell Street, Providence, Rhode Island.

DEFENDANTS
By their attorneys,

/s/ Patricia K. Rocha

PATRICIA K. ROCHA (#2793)
procha@apslaw.com
JOHN A. TARANTINO (#2586)
jtarantino@apslaw.com
ADLER POLLOCK & SHEEHAN P.C.
One Citizens Plaza, 8th Floor
Providence, Rhode Island 02903
Tel: 401-274-7200
Fax: 401-351-4607
Dated: July 31, 2007

CERTIFICATE OF SERVICE

I hereby certify that on the 31st day of July, 2007, I served a true copy of the within Motion to Compel Examination and supporting Memorandum of Law **by electronic means (ECF)** on Joseph R. Daigle, Esq., Gelfuso & Lachut, Inc., 1193 Reservoir Avenue, Cranston, RI 02920.

/s/ Patricia K. Rocha

*424689_1.doc*