**RONALD M. PAOLINO, Ph.D., R.Ph., CGP, FACFE, DABFM**

Barrington, RI 02806

***EDUCATION***

Undergraduate:

Providence College, Liberal Arts, 1955-56
University of Rhode Island, Pharmacy, B.S., 1959

Advanced Degrees and Training:

Purdue University, Pharmacology and Toxicology, M.S., 1961
Purdue University, Pharmacology and Toxicology, Specialty: Psychopharmacology, Ph.D., 1963

Purdue University, Department of Psychological Sciences
Clinical Psychology, 1972-74

Oklahoma Institute for Existential Analysis and Psychotherapy
Existential Analytic Psychotherapy, 1974-75

Internship:

University of Oklahoma Health Sciences Center
Department of Psychiatry and Behavioral Sciences
Clinical Psychology, 1974-75

Fellowships:

Purdue University
Department of Pharmacology and Toxicology
David Ross Predoctoral Fellow, 1961-63

Yale University
Department of Psychology
National Institute of Mental Health Postdoctoral Fellow in Psychology (Neal E. Miller, Sponsor), 1963-65

University of Connecticut
Summer Faculty Fellow, 1967

EXHIBIT
tabbies
A

University of Oklahoma Health Sciences Center
Department of Psychiatry and Behavioral Sciences
National Institute of Mental Health Fellow in Clinical Psychology, 1974-75

<u>Specialized Training:</u>

Basic FBI Hostage Negotiation School
Rhode Island Municipal Police Academy
May 20-24, 1991

Hostage Negotiation Field Exercise (Aboard Ship - Warren, RI)
Federal and State Law Enforcement Agencies
August 18, 1992

Hostage Negotiation Hospital Disaster Exercise
VA Medical Center (Providence, RI)
June 25, 1993

Crisis/Hostage Negotiation School
Federal Bureau of Investigation Academy (Quantico, VA)
August 1-12, 1994

Hostage Negotiation Field Exercise
Rhode Island State Police Academy
October 27, 1994

Crisis Intervention Team Leader Training
Department of Veterans Affairs
Regional Medical Education Center (Northport, NY)
May 13, 1994

Advanced Crisis Negotiation Seminar
FBI/Massachusetts Criminal Justice Training Council (Brockton, MA)
July 11-13, 1995

Hostage Negotiation Hospital Disaster Exercise
VA Medical Center (Providence, RI)
December 16, 1996

Alternative Dispute Resolution Mediation Training
Department of Veterans Affairs (Warwick, RI)
November 18-21, 1996

Hostage Negotiation Training Course
Department of Veterans Affairs
National Law Enforcement Training Center (Little Rock, AR)
April 14-18, 1997

Disaster Mental Health Services: Critical Incident Stress Debriefing
Department of Veterans Affairs (Norwood, MA)
June 9-10, 1997

Non-violent Crisis Intervention (National Crisis Prevention Institute Model)
VA Medical Center (Providence, RI)
August 6, 1997

Prevention and Management of Disruptive Behavior: Cascading Program
Department of Veterans Affairs Employee Education System in Cooperation with VHA/VBA/NCA/DOD (Providence, RI)
May 8-9, 2003

Emergency Response to Terrorism
Law Enforcement Response to Weapons of Mass Destruction Incidents
U.S. Department of Justice/Louisiana State University, Academy of Counter-terrorist Education (Providence, RI)
May 14-15, 2003

Kinesic Interviewing and Interrogation
Public/Agency Training Council (Atlantic City, NJ)
February 16-18, 2004

***POSTGRADUATE HONORS AND AWARDS***

Association of American Colleges of Pharmacy
Visiting Scientist Lecturer, 1972-73

Brown University
Honorary M.A. *ad eundum*, 1977

***PROFESSIONAL LICENSES AND CERTIFICATIONS***

Fellow, American College of Forensic Examiners, 1999-
Diplomate, American Board of Forensic Medicine, 1997-
Licensed Pharmacist (Rhode Island License RPH 1626), 1959-
Licensed Clinical Psychologist (Rhode Island License PS 159), 1977-
National Register of Health Service Providers in Psychology
Certified Arbitrator, American Arbitration Association, 1987-2001
New York State Office of Alcoholism and Substance Abuse Services, Academy of

Alcohol Studies, Education/Training Provider, 1993-98
National Registry of Certified Group Psychotherapists, 1994-

***ACADEMIC APPOINTMENTS***

Adjunct Associate Professor of Psychology
Department of Psychology
University of Rhode Island
1982-

Adjunct Clinical Professor of Pharmacy Practice
College of Pharmacy
University of Rhode Island
1997-

Faculty, Management and Command School
(Law Enforcement Leadership Training)
Center for Health and Law Policy
University of Rhode Island
1991-

Associate Professor of Psychiatry and Human Behavior
Division of Biological and Medical Sciences
Brown University Program in Medicine
1976-90

Coordinator, Group Psychotherapy Training Program for Psychiatry Residents
Section of Psychiatry and Human Behavior
Brown University Program in Medicine
1983-85

Associate Professor of Psychopharmacology
Department of Pharmacology and Toxicology
Purdue University
1967-74

Assistant Professor of Pharmacology
School of Pharmacy
University of Connecticut
1965-67

### *HOSPITAL APPOINTMENTS (VA MEDICAL CENTER, PROVIDENCE, RI)*

Clinical Psychologist, Mental Health & Behavioral Sciences Service, 1975-
Member, Committee for the Prevention and Management of Disturbed Behavior, 2003-
Member, Pain Management Board, 1998-
Chairman, Alternative Dispute Resolution (ADR) Committee, 1996-2002
Mediator, Alternative Dispute Resolution (ADR), VISN1, 1996-
Non-physician Prescriber, 1996-
Psychological Consultant to VA Police, 1992-
Primary Hostage Negotiator, Hostage Negotiation Team, 1991-
Chief, Crisis Management Program, 1993-96
Chairman, Committee for the Prevention and Management of Disturbed Behaviors, 1991-96
Member, VA-DOD Desert Storm Emergency Plan Committee, 1991
Chairman, Outpatient Psychiatry Services Reorganization Task Force, 1991
Member, Management of Suicidal and Violent Patient Task Force, 1990-91
Member, Supervisory Level Pharmacy Professional Standards Board, 1990-91
Chairman, Pain Management Task Force, 1984-85
Coordinator, VA Contracted Half-Way House Project for Substance Dependent Veterans, 1981-85
Member, Pharmacology and Therapeutic Agents Committee, 1979-87
Director, Biofeedback Clinic, 1977-87
Chief, Drug Dependency Treatment Program, 1975-87

Coordinator Trainer, Motivational Dynamics 1 (Administrative/Management Training)
Continuing Medical Education Program
VA Medical District 1
1983

Alternative Dispute Resolution (ADR) Mediator
Veterans Integrated Service Network #1 (VISN#1 - New England)
1996-

### *PROFESSIONAL/COMMUNITY ACTIVITIES*

Invited Instructor, Department of Veterans Affairs, National Law Enforcement Training Center, Little Rock, AR, 1997

Consultant, Cranston Police Department, 1996-

Appointee, Veterans Advisory Commission (Congressman Patrick J. Kennedy), 1996-

Invited Instructor, Drug Recognition Experts Recertification Program, Rhode Island Department of Health, Division of Drug Control, 1995

Member, Committee for Prescription Privileges, Rhode Island Psychological Association, 1995-96

Member, Rhode Island East Bay Interfaith Mental Health Alliance, 1995-

Invited Instructor, Rhode Island State Police Training Academy, 1994

Special Advisor, Violence in the Workplace, Occupational Safety and Health Agency (OSHA), Department of Labor, Washington, DC, 1994

Member, Federal and State Agencies Committee on Terrorism Preparedness, 1993

Rhode Island Group Psychotherapy Society
President, 1991-93
Continuing Education Director for Psychologists, 1990-95
Executive Board, 1986-
Training Faculty, 1985-90
Co-Director of Training, 1986-87
Training Advisory Board, 1985-86

Associate, Narragansett Bay Educational Associates Inc. (Consultants to Law Enforcement, Medicine, Pharmacy, Industry) 1991-95

Special Advisor to FBI, Crisis/Hostage Negotiations, 1991-

Member, Southeastern New England Federal Safety and Health Council, 1991-95

Member, Substance Abuse and Prevention Grant Application Review Committee, Rhode Island Advisory Council on Substance Abuse, 1982-90

Prevention Education and Training Committee on Substance Abuse
Rhode Island Advisory Council on Substance Abuse (formerly Governor's Permanent Council On Drug Abuse Control)
Chairman: 1981-82
Member: 1981-90

Rhode Island Psychological Association
Chairman, Substance Abuse Insurance Subcommittee, 1986-87
Representative, Governor's Council on Mental Health State Plan Committee, 1982-84
Representative, Rhode Island Mental Health Coalition, 1984-88

Member, Planning Committee, State Conference on Substance Abuse in the Hispanic Community, Office of the Lieutenant Governor and Advisory Council on Hispanic Affairs, 1986

Member, Alcohol Awareness Commission, Episcopal Diocese of Rhode Island, 1983-85

Member, Board of Directors, Samaritans (Rhode Island Chapter of Samaritans International Suicide Prevention Organization), 1978-84

Gubernatorial Appointee, Governor's Permanent Council on Drug Abuse Control, 1978-82

Member, Review Committee for Funding of State Drug Programs, Rhode Island Department of Mental Health, Retardation and Hospitals, 1978-82

Consultant, Nurses Renewal Committee (Continuing Education Organization for Nurses), 1980-81

Vice President, Experience Jesus Inc. (Statewide Organization of Ecumenical Christian College And University Professors), 1979-80

Member, Board of Directors, Providence VA Medical Center Credit Union, 1978-79

Member, Community Advisory Board, Spina Bifida Association of Rhode Island, 1980-83

Member, Board of Certification for Alcoholism Counselors, Rhode Island Association of Alcohol Counselors, 1979-81

Member, Governor's Task Force on Substance Abuse at the Adult Correctional Institution, 1977-78

Member, Governor's Task Force on Mental Health Services at the Adult Correctional Institution, 1977-78

Chairman, Reclassification of Inmates Committee, Governor's Task Force on Adult Correctional Institution, 1977-78

Chairman, Committee on Education and Certification of Biofeedback Practitioners, Connecticut Biofeedback Society, 1977-78

Consultant, Substance Abuse Prevention Education for Elementary School Children, Rhode Island Chapter, American Red Cross, 1977

Member, Suicide Prevention Steering Committee, Rhode Island Chapter, American Red Cross, 1977

Member, Interagency Drug Abuse Steering Committee, Lafayette, IN, 1969-72

***PROFESSIONAL/COMMUNITY/VETERANS ADMINISTRATION RECOGNITION***

Special Contribution Award, Providence VA Medical Center, 2005

Letter of Appreciation, Director, VISN1 (Veterans Integrated Service Network – New England), 2004

Letter of Appreciation, Director, Providence VA Medical Center, 2004

Special Contribution Award, Providence VA Medical Center, 2004

Special Contribution Award, Providence VA Medical Center, 2003

Inductee, Cranston Hall of Fame, 2001

Special Contribution Award, Providence VA Medical Center, 2001

Letter of Appreciation, Director, VISN1 (Veterans Integrated Service Network – New England), 2001

Certificate of Appreciation for Continued Excellence in Patient Care, Providence VA Medical Center 1999

Special Contribution Award, Providence VA Medical Center, 1999

Special Contribution Award, Providence VA Medical Center, 1998

Outstanding Performance Award, Providence VA Medical Center, 1997

Performance Award, Providence VA Medical Center, 1996

Certificate of Appreciation, Executive Department, Massachusetts Emergency Management Agency, 1994

Outstanding Performance Award, Providence VA Medical Center, 1994

Outstanding Exceptional Performance Award, Providence VA Medical Center, 1993

Outstanding Superior Performance Award, Providence VA Medical Center, 1992

Certificate of Appreciation, Federal Protective Service (New England Branch), 1992

Certificate of Appreciation, Southeastern New England Federal Safety and Health Council, 1991, 1992

Outstanding Performance Award, Providence VA Medical Center, 1991

Special Contribution Award, Providence VA Medical Center, 1990

Service Recognition Award, Disabled American Veterans, 1990

Letter of Commendation, Governor's Rhode Island Advisory Council on Substance Abuse, 1986

Citation, Governor of Rhode Island (for service and contributions to formulation of state policy for treatment and prevention of drug abuse), 1983

Special Contribution Award, Providence VA Medical Center, 1990

Service Recognition Award, Disabled American Veterans, 1990

Letter of Commendation, Governor's Rhode Island Advisory Council on Substance Abuse, 1986

Citation, Governor of Rhode Island (for service and contributions to formulation of state policy for treatment and prevention of drug abuse), 1983

***PROFESSIONAL SOCIETY MEMBERSHIPS***

American College of Forensic Examiners
American Group Psychotherapy Association
American Psychological Association
American Society for Pharmacology and Experimental Therapeutics
Hostage Negotiators of America
International Narcotic Enforcement Officers Association
Rho Chi Honorary Pharmaceutical Society
Rhode Island Group Psychotherapy Society
Rhode Island Psychological Association
Sigma Xi Honorary Research Society

***PRIVATE PRACTICE***

Existential analytic psychotherapy
Substance abuse

***CONSULTANT TO BUSINESS/UNIONS/LAW ENFORCEMENT/SCHOOLS***

Substance Abuse
Crisis Intervention and Management
Organizational Dynamics
Employee Assistance Programs

***BIOGRAPHICAL LISTINGS***

Who's Who in America, 1996-2007
Who's Who in the World, 1995-2005
Who's Who in the East, 1979-84, 1993-94
Who's Who in Science and Engineering, 1993-97
Who's Who in Rhode Island, 1990
Who's Who in Medicine & Health Care, 1999-2000

***HOBBIES***

Tai Chi Chuan
Sailing
Target shooting

***PUBLICATIONS***

Author/Co-author of 35 articles published in national and international scientific journals. Bibliography available upon request.

"Common Drugs of Abuse: Pharmacology and Phenomenology" and "Identifying, Treating and Counseling Drug Abusers" in Drug Testing: Issues and Options, Robert H. Coombs and Louis J. West, editors; Oxford University Press, 1991.

"Debriefing Released Hostages," Negotiators' Notes: The FBI's Journal for Professional Crisis Negotiators, Winter/Spring 1997.

Rev. 09/06