UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| PAMELA SCARLATELLI | : | |
| | : | |
| v. | : | C.A. No. 06-84-T |
| | : | |
| SWAROVSKI NORTH AMERICA LIMITED; | : | |
| ET AL. | : | |

**STIPULATION**

Pursuant to Rule 41(a)(1)(ii) of the Federal Court Rules of Civil Procedure, Plaintiff's Complaint is hereby dismissed with prejudice, no interest, no costs.

Dated: August 29, 2007

PLAINTIFF
By her attorneys,

/s/ Joseph R. Daigle
JOSEPH R. DAIGLE, #5429
Gelfuso & Lachut, Inc.
1193 Reservoir Avenue
Cranston, RI 02920

DEFENDANTS
By their attorneys,

/s/ Patricia K. Rocha
JOHN A. TARANTINO, #2586
PATRICIA K. ROCHA (#2793)
Adler Pollock & Sheehan P.C.
One Citizens Plaza, 8th Floor
Providence, RI 02903

SO ORDERED:

________________________
Ernest C. Torres, Senior Judge
United States District Court
for the District of Rhode Island

*426005_1.doc*